UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD G. BEAGLES,<br><br>           Plaintiff(s),<br><br>   v.<br><br>MAGGIE MILLER-STOUT,<br><br>           Defendant(s). | NO. C02-203P<br><br>ORDER OF REFERENCE |

   It is ordered that this matter is referred to United States Magistrate Judge Monica J. Benton, pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

   The clerk is directed to send copies of this order to all counsel of record.

   Dated:   May 6, 2005

/s/ Marsha J. Pechman
Marsha J. Pechman
U.S. District Judge

ORDER OF REFERENCE - 1